ARKANSAS STATE HIGHWAY COMMISSION *v.* SMITHERS.

5-196                                    262 S. W. 2d 279

Opinion delivered November 30, 1953.

*W. R. Thrasher, William L. Terry* and *John L. Hughes,* for appellant.

*Ben M. McCray,* for appellee.

PER CURIAM Opinion. The facts and issues in the present case are, in all essentials, identical with those detailed in the case of *Arkansas State Highway Commission* v. *Palmer,* 222 Ark. 603, 261 S. W. 2d 772; and on the authority of that case, the judgment against the State Highway Commission in the present case is reversed, and the cause dismissed.